**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEDIS HERNANDEZ, *et al.* | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | *   Case No.: 1:17-cv-01632-ABJ |
| | * |
| AQUAFREE FACILITIES SERVICES, INC., *et al.* | * |
| | * |
| DEFENDANTS. | * |

*************************************************************************

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Ledis Hernandez and Rubiselia Hernandez, and Defendants, Aquafree Facilities Services, Inc. and Patrick G. Freeman, pursuant to Fed. R. Civ. P. 41(a), hereby submit this Joint Stipulation of Dismissal with Prejudice, dismissing with prejudice Plaintiffs' claims against Defendants.

Dated: November 15, 2017           Respectfully submitted,

                                                  *-S-*
                                      Michael K. Amster (Bar No. 1001110)
                                      J. Barrett Kelly (Bar No. 1019475)
                                      Bar No.: 1001110
                                      ZIPIN, AMSTER & GREENBERG, LLC
                                      8757 Georgia Ave. Suite 400
                                      Silver Spring, MD 20910
                                      Tel: (301) 587 – 9373
                                      Fax: (240) 839 – 9142
                                      mamster@zagfirm.com
                                      bkelly@zagfirm.com

                                      *Counsel for Plaintiffs*

_____-S-_____
Andrew S. Cabana (Bar. No. 489377)
LAW OFFICE OF ANDREW CABANA, PC
2121 Eisenhower Avenue, Suite 200
Alexandria, VA 22314
T: 703-518-7930
F: 703-684-3620
Andrew@acabanalaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2017, a copy of the foregoing was served upon counsel for Defendants via the Court's CM/ECF filing system.

_____-S-_____
J. Barrett Kelly